# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KERMIT PARKER

NO. 2025 KW 0359

**JUNE 30, 2025**

---

In Re:    Kermit Parker, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          05-91-0571.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-3, by failing to timely file the instant writ application. Counsel also failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), by failing to include a copy of the pleading on which the ruling was founded and the bill of information. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT